1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Darlene C. Frazier

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

CV-13-04906-CJC(RNB)

| | |
|---|---|
| DARLENE C. FRAZIER, | CASE NO. 13-4906 CJC (RNB) |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE-THOUSAND FIVE-HUNDRED NINETY-THREE DOLLARS AND 20 CENTS ($1,593.20), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: 5/9/14

_____
UNITED STATES DISTRICT JUDGE

1